# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **PATRICE BECKHAM,** ) | **CASE NO. 8:11CV289** |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | **RECUSAL ORDER** |
| **MILLIMAN, INC. (f/k/a MILLIMAN &** ) | |
| **ROBERTSON, INC.),** ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify [her]self in any proceeding in which [her] impartiality might reasonably be questioned." Upon review of the Court file in the above-designated case, the undersigned Judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

IT IS SO ORDERED.

DATED this 19th day of June, 2012.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge