## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PATRICE BECKHAM, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  8:11cv289 |
| | ) | |
| vs. | ) | |
| | ) | ORDER AMENDING |
| MILLIMAN, INC.  (f/k/a MILLIMAN & | ) | FINAL PROGRESSION DEADLINES |
| ROBERTSON, INC.), | ) | |
| | ) | |
| Defendant. | ) | |

This case is before the court on the parties' request for amendments to remaining progression deadlines.  In light of the January 7, 2013 pretrial conference date and the January 28, 2013 trial date, the requested amendments will be granted.

**IT IS ORDERED:**

1.  The deadline for deposition testimony is extended to **November 14, 2012.**

2.  The deadline for the exchange of non-expert witness information is extended to **November 14, 2012.**

3.  The deadline for the exchange of trial exhibit lists is extended to **November 14, 2012.**

4.  The deadline for filing motions in limine is extended to **November 14, 2012.**

Dated this 22nd day of October 2012.

BY THE COURT:


S/ F.A. Gossett, III
United States Magistrate Judge