IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PATRICE BECKHAM, | Case No. 8:11-cv-289 |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| MILLIMAN, INC. (f/k/a MILLIMAN & ROBERTSON, INC.), | |
| Defendant. | |

In accordance with the Stipulation for Dismissal with Prejudice (Filing No. 47),

IT IS ORDERED:

That the above-referenced matter (Case No. 8:11-cv-289) is dismissed with prejudice, with each party to pay their own attorney's fees and costs.

Dated this 3rd day of January, 2013.

BY THE COURT:

_____
United States District Judge

4842-7856-3346, v. 1